Carol P. SACHS, Plaintiff–Appellant,

v.

**REPUBLIC OF AUSTRIA; OBB Holding Group; OBB Personenverkehr AG, Defendants–Appellees.**

No. 11–15458.

United States Court of Appeals, Ninth Circuit.

Jan. 25, 2013.

Geoffrey Becker, Becker & Becker, Lafayette, CA, for Plaintiff–Appellant.

Juan C. Basombrio, Esquire, Dorsey & Whitney LLP, Costa Mesa, CA, for Defendants–Appellees.

D.C. No. 3:08–cv–01840–VRW.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.